```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :     20 CR 473 (VM)
         -against-                :     ORDER
                                  :
MOHAMMED SABALY,                  :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Government, with the consent of counsel for the Defendant (see Dkt. No. 127), requests that he be excused from appearing at the status conference currently scheduled for September 10, 2021. Mr. Sabaly's appearance is hereby excused. The Court hereby schedules a future appearance date for Mr. Sabaly on Friday October 22, 2021 at 11:30 a.m. if this matter has not been resolved by that time.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until October 22, 2021.

    It is hereby ordered that time until October 22, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          09 September 2021

                                                                     Victor Marrero
                                                                      U.S.D.J.