```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
:
MOHAMMED SABALY, : 20 Cr. 473 (VM)
      Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS, the defendant Mohammed Sabaly and the Government request that the Court conduct a plea proceeding by video teleconference under Section 15002(b) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), which allows for felony plea proceedings to be held via video teleconferencing only when the district judge "in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice";

      WHEREAS, the Chief Judge in this district has authorized the use of video conferencing for felony pleas, *see In re Coronavirus/COVID-19 Pandemic*, Seventh Amended Standing Order, 20 Misc. 176 (CM) (S.D.N.Y. Dec. 22, 2021);

      WHEREAS, the defendant is not located within this judicial district and requiring him to travel to this district might increase the risk of his exposure to coronavirus;

      WHEREAS, further delay of the defendant's plea proceeding will prevent him from resolving this matter expeditiously;

      WHEREAS, conducting the plea remotely promotes judicial economy, avoids the need for any motion practice, and avoids adding to the existing backlog of cases in the federal court system;

IT IS HEREBY ORDERED that the plea in this case can be conducted remotely because it cannot be further delayed without serious harm to the interests of justice.

SO ORDERED:

Dated:     New York, New York
             February 16, 2022

                                                    _____
                                                        Victor Marrero
                                                          U.S.D.J.