UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MOHAMMED SABALY

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 473 ( ) ( )

Defendant __MOHAMMED SABALY__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Dawn Florio for Mohammad Sabaly_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**MOHAMMED SABALY**
Print Defendant's Name

_Dawn M Florio_
Defendant's Counsel's Signature

**DAWN M. FLORIO**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Feb. 22, 2022
Date

/s/ Gabriel W. Gorenstein
U.S. District Judge/U.S. Magistrate Judge