```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :

UNITED STATES OF AMERICA    :

               - v. -                    :    **ORDER**

                                   :    20 CR 473 (VM)

MOHAMMED SABALY,           :

          Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 22, 2022;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
             February 28, 2022

_____
Victor Marrero
U.S.D.J.