UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :          20 CR 473(VM)
          -against-                 :             ORDER
                                    :
MOHAMMED SABALY,                    :
                                    :
                    Defendant.      :
----------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____             │
│ DATE FILED: 3/3/2022              │
└──────────────────────────────────┘
```

**VICTOR MARRERO, U.S.D.J.:**

A sentencing shall be scheduled in this matter for Friday, April 29 at 10:30 AM before the Honorable Victor Marrero. In light of the ongoing public health crisis, the conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:   New York, New York
         03 March 2022

                                    Victor Marrero
                                    U.S.D.J.