**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :         20 CR 473(VM)
        -against-                        :            ORDER
                                         :
MOHAMMED SABALY,                         :
                                         :
                Defendant.               :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing in this matter shall be rescheduled for Friday, May 20, 2022 at 3:00 PM. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:   New York, New York
         07 April 2022

_Victor Marrero_
U.S.D.J.