**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,     :

                       :        **20 CR 473 (VM)**

       -against-        :

                       :        **ORDER**

MOHAMMED SABALY,          :

                       :

              Defendant.   :
----------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from June 30, 2022 to July 8, 2022 at 11:00 AM.

**SO ORDERED:**

Dated:  New York, New York
       June 23, 2022

Victor Marrero
U.S.D.J.