IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. |
| | ) | 20-cr-473-7 |
| MOHAMMED SABALY | ) | |

**ORDER CANCELLING BOND**

On July 8, 2022, the undersigned sentenced Defendant Mohammed Sabaly to a term of imprisonment followed by terms of community confinement and supervised release. [See Dkt. No. 187]. The Court permitted Mr. Sabaly to remain on pretrial release and ordered him to surrender for service of his sentence two months later, on September 9, 2022. [Id.].

On August 17, 2022, the United States Probation Office reported that Mr. Sabaly had violated the terms of his pretrial release, and the Court signed a warrant for his arrest based on alleged violations.

On September 8, 2022, Mr. Sabaly reported to the United States Marshal's Service in Atlanta, Georgia,

stating that his attorney advised him that if he did so the USMS would transport him to the appropriate BOP facility. Upon his surrender, the USMS located the warrant that had been issued regarding the alleged violation of pretrial release.

On September 8, 2022, Mr. Sabaly appeared in the United States District Court for the Northern District of Georgia before United States Magistrate Judge Catherine M. Salinas. Judge Salinas contacted the undersigned and suggested that the most efficient way to deal with the situation is for the bond to be cancelled and the warrant rescinded.

Upon consideration of these circumstances and the procedural issues presented, the Court concludes that the following orders are reasonable and necessary to promote efficiency and to avoid wasting valuable resources. According, IT IS ORDERED that:

    (1)   Mr. Sabaly's bond is hereby CANCELLED;

    (2)   The warrant signed on August 17, 2022 is RESCINDED; and

(3) The United States Marshal's Service is DIRECTED to take Mr. Sabaly into custody IMMEDIATELY.

**IT IS SO ORDERED,** this 9th day of September, 2022.

_____
Victor Marrero
U.S.D.J.