**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2025
```

UNITED STATES OF AMERICA

       - against -

MOHAMMED SABALY,

              Defendant.

20 Cr. 473 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On June 6, 2025, Mohammed Sabaly ("Defendant") filed a motion for early termination of his term of supervised release (the "Motion"). (See Dkt. No. 378.) The Probation Office does not oppose the Motion. (See id. at 1.) The Government initially opposed the Motion in light of the Defendant's significant outstanding restitution obligation but indicated that the Government would consent to the Motion if the parties came to an agreement that would account for the Government's concern regarding outstanding restitution. (See Dkt. No. 381 at 1.) The parties have now reached a proposed agreement to address the Defendant's outstanding restitution obligation, (see Dkt. No. 385-1), and the Government no longer opposes the Defendant's Motion. (See Dkt. No. 385.) Accordingly, the Defendant's Motion (Dkt. No. 378) is **GRANTED**. The Defendant shall abide by the Stipulation and Order for Installment Payments accompanying this Order.

The Clerk of Court is respectfully directed to close Dkt. Nos. 378 and 383.

**SO ORDERED.**

Dated:      15 July 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.