UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2025
```

UNITED STATES OF AMERICA,

                    Judgment Creditor,

      v.

MOHAMMED SABALY,

                 Judgment Debtor.

20 CR 473-07 (VM)

**STIPULATION AND ORDER FOR
<u>INSTALLMENT PAYMENTS</u>**

WHEREAS, on July 8, 2022, the United States of America obtained a judgment against the defendant and judgment debtor, MOHAMMED SABALY, in the amount of $39,427.54, for which the unpaid balance, including accrued interest, is $39,438.28, and the parties have agreed to voluntary installment payment plan for MOHAMMED SABALY to pay the judgment;

IT IS HEREBY STIPULATED AND AGREED that MOHAMMED SABALY hereby agrees to make minimum monthly payments of at least $190.00, commencing on July 11, 2025, and continuing every month thereafter until this judgment is satisfied. However, the amount of this payment shall be subject to annual review and modification by the United States Attorney's Office. In addition, the defendant understands and agrees that, unless specifically excluded by this agreement, the defendant's debt shall be placed in the Treasury Offset Program and any funds received pursuant to said program shall be in addition to, not in lieu of, the payments required by this agreement;

IT IS FURTHER AGREED that execution shall not issue upon this judgment as long as the defendant, MOHAMMED SABALY, continues to make payments as agreed to the Clerk of Court, unless this Office modifies the monthly payment due and the defendant refuses to pay the revised amount. If the defendant fails to make such payments within 10 days of the due date, or defendant refuses to pay the modified payment amount determined by this office, this Agreement shall be null and void and all sums due under the judgment, including interest, will be due

immediately. In such circumstances, the Government may employ any available remedies permitted under state and federal law to collect this debt;

MOHAMMED SABALY shall make the required payment by no later than the 15th of each month to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 20 CR 473-07.

Dated:  July 10, 2025
        New York, New York

JAY CLAYTON
United States Attorney

*Mohammed Sabaly*

MOHAMMED SABALY
*Judgment Debtor*

JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

SO ORDERED:

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE